UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:21-CV-11080

MICHAEL MUEHE, ELAINE
HAMILTON, CRYSTAL EVANS, and
COLLEEN FLANAGAN, on behalf of
themselves and all others similarly situated,
    Plaintiffs,

v.

CITY OF BOSTON, a public entity
    Defendants.

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

In accordance with L.R. 83.5.2, please enter the appearance of Jason M.
Lederman as Attorney for the Defendant City of Boston in the above-entitled matter.

Respectfully submitted,

Defendant CITY OF BOSTON,

By its attorneys,
Henry C. Luthin
Corporation Counsel

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the
above document was served upon the attorney of
record for each party by first-class mail or
electronic filing.

7/8/2021
Date          Jason M. Lederman

Jason M. Lederman BBO # 686893
Senior Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022
Jason.Lederman@boston.gov