UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

CASE NO.: 1:21-cv-11080-RGS

2021 SEP 16 PM 1: 45

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

**MICHAEL MUEHE, et al.,**

    Plaintiffs.

v.

**CITY OF BOSTON,**

    Defendant.

_____/

### CLASS MEMBER REQUEST TO PARTICIPATE ORALLY IN FAIRNESS HEARING AND CLASS MEMBER OPPOSITION TO CERTIFICATION OF CLASS AND OPPOSITION TO PROPOSED CONSENT DECREE

COMES NOW **WILLIAM NORKUNAS**, a qualified individual with a disability as defined under 42. U.S.C. §12102(2), a member of the class protected by the Americans with Disabilities Act, and timely files this notice of objections to class certification and objections to the proposed Consent Decree, and requests to present such objections orally at the scheduled Fairness Hearing set for October 19, 2021, in Boston before the Honorable Richard G. Stearns, United States District Judge.

1. **Evidence will be presented to enable the Court to:**

    1.1 Deny maintaining this action as a class action;

    1.2 Confirm the settlement is not fair, not reasonable, not adequate, and not in the best interests of the settlement class.

2. **Reasons for objections:**

    2.1 I object to the filing under FRCP, Rule 23(b)(2);

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail on September 11, 2021:

Linda M. Dardarian, Esq.
Raymond Wendell, Esq.
Goldstein, Borgen, Dardarain & Ho
*Attorneys for Plaintiffs*
300 Lakeside Drive, Suite 1000
Oakland, CA 94612

Timothy P. Fox, Esq.
Thomas P. Murphy, Esq.
Civil Rights Education and
Enforcement Center
*Attorneys for Plaintiffs*
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218

Adam N. Cederbaum, Esq.
City of Boston Law Department
*Attorneys for Defendant*
One City Hall Plaza, Room 615
Boston, MA 02201

_____
William J Norkunas
Class member
2610 NW 51 Place
Ft. Lauderdale, FL 33309
Telephone: (954)-871-9733
Email: billnorkunas@adahelp.com

Remainder of page left blank