OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

September 23, 2021

Robert M. Farrell, Clerk
United States District Court
for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: <u>Muehe et al</u> v. <u>City of Boston</u>, No. 1:21-cv-11080-RGS (D. Mass.)
**Misdirected Filing**

Dear Mr. Farrell:

Enclosed please find Bill Norkunas's Class Member Request to Participate Orally in Fairness Hearing and Class Member Opposition to Certification of Class and Opposition to Proposed Consent Decree which was received in this court on September 16, 2021. It appears from the heading and the content of this filing that it was intended for the district court. Therefore, we are transmitting it to you for whatever action you deem appropriate.

Sincerely,

Maria R. Hamilton, Clerk

enc.

cc:   William J. Norkunas
      2610 NW 51 Place
      Ft. Lauderdale, FL  33309


CD; gk

Monday, September 13, 2021



2021 SEP 16 PM 1: 45

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

**Wheelchair Assistance, Inc.**
*"Opening your world for inclusion"*

EIN:85-2980700

**To:** Maria Hamilton, Clerk of Court

**From:** Bill Norkunas

**RE:** Disability Fairness Hearing

I am sending you my request for Judge Stearns to allow me to speak at the October 19 Fairness Hearing.

I don't know how to file this electronically.

954-871-9733 / www.adahelp.com
billnorkunas@adahelp.com
2610 NW 51 Place, Ft. Lauderdale, FL 33309






ADAhelp, Inc. • Specialists in the Americans with Disabilities Act

Mr. William J. Norkunas
2610 NW 51st Pl.
Fort Lauderdale FL 33309




CLERK OF COURT
US COURTHOUSE
1 COURTHOUSE WAY
SUITE 2500
BOSTON, MASS. 02210