UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

CASE NO.: 1:21-cv-11080-RGS

**MICHAEL MUEHE, et al.,**

    Plaintiffs.

v.

**CITY OF BOSTON,**

    Defendant.

_____/

### PRO SE CLASS MEMBER OBJECTIONS TO FAIRNESS HEARING HELD ON OCTOBER 19, 2021

COMES NOW **WILLIAM NORKUNAS**, a qualified individual with a disability as defined under 42. U.S.C. §12102(2), a member of the class protected by the Americans with Disabilities Act, and timely files this notice of objections to the Fairness Hearing held this day, October 19, 2021

As grounds for this motion, the undersigned states that:

1. This Fairness Hearing was not the least bit Fair to Class members.

2. This class member was instructed he would be limited to only five (5) minutes presentation time to object before the Court.

3. The published notice of the Fairness Hearing did not disclose any severe restrictions on class member court time to object.

4. Plaintiff's lawyers took three (3) years to develop their case.

5. Class member Norkunas was then told he'd have only 5 minutes to talk of class member objections.

6. Plaintiff's lawyers drafted an 81-page settlement agreement (proposed Consent Decree) <u>over three years.</u>

7. Class members objects in 24 of the 81-page proposed Consent Decree. Pages 2, 9, 11, 12, 13, 14, 15, 16, 17, 18, 20, 26, 27, 28, 29, 30, 31, 32, 34, 62, 68, 69, 70, 80.

8. Said Consent Decree was not negotiated at arm's length, but in secrecy.

9. Published notice of the CD was just recently issued.

10. Class member have had severely limited time to read, analyze, and discuss the merits of the CD.

11. This Court is not fully informed of all the issues and it would be miscarriage of justice to approve it as written.

12. The lives of every disabled person in Boston, Massachusetts, the United States will be adversely affected over the next 10-15 years if this Court approves this limiting CD for accessibility around Boston.

Requested actions by this Court:

13. That this court schedule another Fairness Hearing.

14. That this Court instructs any objectors to submit in writing their detailed motion with objections to each item.

15. That this court schedule another Fairness Hearing and allocate sufficient time for any objector seeking to present their objections.

16. That this Court attend a <u>Disability Awareness Sensitivity Class</u> to become much more understanding of the reasonable accommodations needed by Class members (Recommend – Boston Center for Independent Living www.bostoncil.org).

17. Justice demands no less.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via mail on

October 19, 2021:

Linda M. Dardarian, Esq.
Raymond Wendell, Esq.
Goldstein, Borgen, Dardarain & Ho
*Attorneys for Plaintiffs*
300 Lakeside Drive, Suite 1000
Oakland, CA 94612

Timothy P. Fox, Esq.
Thomas P. Murphy, Esq.
Civil Rights Education and
Enforcement Center
*Attorneys for Plaintiffs*
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218

Adam N. Cederbaum, Esq.
City of Boston Law Department
*Attorneys for Defendant*
One City Hall Plaza, Room 615
Boston, MA 02201

_____
William J, Norkunas
Class member
2610 NW 51 Place
Ft. Lauderdale, FL 33309
Telephone: (954)-871-9733
Email: billnorkunas@adahelp.com