IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MUEHE, et al. | : |
| | : |
| Plaintiffs, | : |
| | : |
| vs. | : Civil Action No. 1:21-cv-11080-RGS |
| | : |
| CITY OF BOSTON, | : |
| | : |
| Defendant. | : |
| _____ | : |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

In accordance with L.R. 83.5.2, please enter the appearance of Jon G. Shadinger Jr. as Attorney of record for William Norkunas, objector.

Respectfully submitted this 26th day of October, 2021.

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr, Esq.
Shadinger Law, LLC
BBO #708455
75 State Street, Suite 100
Boston, MA 02109
Phone (609) 319-5399
Fax (314) 898-0458
js@shadingerlaw.com
*Attorney for Objector,*
*William Norkunas*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 26th day of October, 2021, I electronically filed a true correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<em>/s/ Jon G. Shadinger Jr.</em><br>
Jon G. Shadinger Jr, Esq.<br>
Shadinger Law, LLC<br>
BBO #708455<br>
75 State Street, Suite 100<br>
Boston, MA 02109<br>
Phone (609) 319-5399<br>
Fax (314) 898-0458<br>
js@shadingerlaw.com