IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MUEHE, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF BOSTON,<br><br>    Defendant. | Case No. 1:21-cv-11080-RGS |

**OBJECTOR'S MOTION TO ALTER JUDGEMENT/RECONSIDERATION AND MEMORANDUM OF LAW IN SUPPORT**

The Objector, William Norkunas, by and through undersigned counsel, respectfully submits this Motion to Alter Judgement/Reconsideration pursuant to Federal Rules of Civil Procedure 12(b)1, 4, and 7, Federal Rule of Civil Procedure 23 and 23(e)(2), Federal Rule of Civil Procedure 59(e) and the Class Action Fairness Act of 2005. Reliance will be based upon attached facts and legal arguments.

**REQUEST FOR ORAL ARGUMENT**

Objector believes that oral argument will assist the Court in rendering its decision and, thus, respectfully requests oral argument be heard on the matter.

    */s/ Jon G. Shadinger Jr.*
    Jon G. Shadinger Jr, Esq.
    Shadinger Law, LLC
    BBO #708455
    75 State Street, Suite 100
    Boston, MA 02109
    Phone (609) 319-5399
    Fax (314) 898-0458
    js@shadingerlaw.com
    *Attorney for Objector,*
    *William Norkunas*

/s/ Anthony J. Brady, Jr.
Anthony J. Brady, Jr., Esq.
The Law Offices of Anthony J. Brady
1 Rose Avenue
Maple Shade, NJ 08052
Phone (561) 603-6387
ladbrady@gmail.com
*Attorney for Objector,*
*William Norkunas*
*Pro hac vice motion pending*

## CERTIFICATION OF COMPLIANCE WITH L.R. 7.1(A)(2)

I, Jon G. Shadinger, Jr., hereby certify that I have conferred with counsel for the Defendants and the Class Counsel via electronic mail regarding this motion. Class Counsel and Counsel for the Defendant have not consented to this motion.

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr, Esq.

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 1st day of November 2021, I electronically filed a true correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr, Esq.
Shadinger Law, LLC
BBO #708455
75 State Street, Suite 100
Boston, MA 02109
Phone (609) 319-5399
Fax (314) 898-0458
js@shadingerlaw.com