IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MUEHE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF BOSTON, <br><br> Defendant. | Case No. 1:21-cv-11080-RGS |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that William Norkunas, a member of the class and objector in the above-captioned matter, hereby appeals to the United States Court of Appeals For the First Circuit from the Order entered November 29, 2021 [Doc. 75] denying Objector's motion to alter judgment [Doc. 73], the Order entered November 2, 2021 [Doc. 67] denying Objector's motion to alter judgment [Doc. 73]; and due to Plaintiffs' lack of article three standing, from all previous rulings in this action, including the Order granting temporary suspension of implementation of consent decree [Doc. 72], entered November 12, 2021, the Order granting attorney fees [Doc. 68] entered November 2, 2021, the Order granting final approval of class action settlement [Doc. 59] entered on October 19, 2021, the Order granting service awards [Doc. 60] entered on October 19, 2021, and the Order granting preliminary approval of the parties' settlement [Doc. 23] entered on July 12, 2021.

Date: December 1, 2021                                    Respectfully submitted,

                                                          */s/ Jon G. Shadinger Jr.*
                                                          Jon G. Shadinger Jr, Esq.
                                                          Shadinger Law, LLC
                                                          BBO #708455

75 State Street, Suite 100  
Boston, MA 02109  
Phone (609) 319-5399  
Fax (314) 898-0458  
js@shadingerlaw.com  
*Attorney for Objector,*  
*William Norkunas*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 1st day of December 2021, I electronically filed a true correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>/s/ Jon G. Shadinger Jr.</u>  
Jon G. Shadinger Jr, Esq.  
Shadinger Law, LLC  
BBO #708455  
75 State Street, Suite 100  
Boston, MA 02109  
Phone (609) 319-5399  
Fax (314) 898-0458  
js@shadingerlaw.com